**STATE**

v.

**Joaquim G. BRASILEIRO.**

**No. 81–107–C.A.**

Supreme Court of Rhode Island.

June 18, 1981.

· Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for plaintiff.

Stephen P. Nugent, Providence, for defendant.

**ORDER**

This case came before the Court on June 18, 1981 on defendant's motion for postconviction bail pending appeal pursuant to Supreme Court Rule 9.

Upon consideration of the arguments of the parties, and after careful review of all of the factors involved herein, we hereby direct that bail be set in the amount of $100,000, which bail shall be with surety or ten per cent (10%) cash.

■

**STATE**

v.

**Anthony P. SERVIDIO.**

**No. 80–492–C.A.**

Supreme Court of Rhode Island.

June 18, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John P. Toscano, Jr., Westerly, for defendant.

**ORDER**

The defendant's appeal is hereby dismissed for lack of prosecution.

■

**S & F CONCRETE CONTRACTORS, INC.**

v.

**Gerald ZITO, in his capacity as an Officer and Director of Dartmouth Associates, Inc.**

**No. 80–544–A.**

Supreme Court of Rhode Island.

June 18, 1981.

Gerard McG. DeCelles, Providence, for plaintiff.

Gerald Zito, pro se.

**ORDER**

The plaintiff's motion to dismiss defendant's appeal for lack of prosecution is granted.